Kevin Kerr, OSB #080934
kevin.kerr@GetSSD.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RHON APPLEGATE,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | 3:22-cv-00838-SB<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

　　　Plaintiff's Motion is hereby granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $46,129.18, to be paid in accordance with agency policy. Plaintiff's counsel shall refund the amount of $6,836.21 already received by counsel under the Equal Access to Justice Act.

　　　Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Kevin Kerr, using the information on file with the Agency, consistent with this order.

　　　Dated this 2nd day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Stacie F. Beckerman
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stacie F. Beckerman
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge